THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM DUFFY, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISADORE J. CAPLAN, Respondent, v. JACK HERSCHKOWITZ, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISADORE J. CAPLAN, Respondent, v. ISRAEL COHEN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BRIDGET T. BURKE, as Administratrix, etc., of PATRICK BURKE, Deceased, Appellant, v. THE PATENT SCAFFOLDING COMPANY, Respondent — Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PHILIP H. SMITH, Appellant, v. STANDARD OIL COMPANY OF NEW YORK, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

BERNARD A. GUNN, Respondent, v. ALBERT E. GUCKER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MICHAEL ZIMMERMAN, Appellant, v. HOLLAND IMPROVEMENT CORPORATION, Respondent.— Order modified by striking out paragraph directing that the notice of the pendency of this action be canceled, and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SARAH BALAGUR, Respondent, v. MURRAY HUSID and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MABEL S. CLARK, Respondent, v. BELLEAIRE HOTEL CORPORATION, Appellant.— Determination of the Appellate Term and judgment of the Municipal Court reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $187.50; in which event the determination so appealed from and the said judgment, as so modified, are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES T. CLARK, Respondent, v. BELLEAIRE HOTEL CORPORATION, Appellant.— Determination of the Appellate Term and judgment of the Municipal Court reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $137.50; in which event the determination so appealed from and the said judgment, as so modified, are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.